■ ROBERT M. WHALEN, Respondent, v KAWASAKI MOTORS CORP., U.S.A., et al., Defendants, and ROBINSON CYCLE SALES, INC., Appellant. (Appeal No. 2.) [665 NYS2d 376] —Appeal unanimously dismissed without costs (see, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Amend Pleading.) Present—Denman, P. J., Hayes, Callahan, Doerr and Fallon, JJ.